## Harry Wiza, Appellant, v. Dorothy Osuch et al., Appellees.

**Gen. No. 45,358.** 

Charles V. Falkenberg, for appellant; Goldman, Allshouse & Healy, and Philip Conley, for appellees; Melvin L. Goldman, and Philip Conley,

of counsel. Opinion by Presiding Justice Tuohy. Not to be published in full. Opinion filed October 16, 1951; released for publication November 9, 1951.